UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANTE JEFFERSON,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEX VILLANUEVA, ET AL.,<br><br>　　　　　　　　Defendant(s). | Case No. CV 19-8140-PA (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Dated: April 30, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　United States District Judge