JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVANTE JEFFERSON,<br><br>                Plaintiff,<br><br>                v.<br><br>ALEX VILLANUEVA, ET AL.,<br><br>                Defendant(s). | Case No. CV 19-8140-PA (KK)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: April 30, 2020

_____
PERCY ANDERSON
United States District Judge